**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION**

| | | |
|---|---|---|
| VERONICA CULBERTSON, | ) | Civil Action No. 1:15-cv-03556-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on motion for entry of an order on payment of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). *See* 28 U.S.C. § 2412. (ECF No. 21.) Plaintiff's motion seeks reimbursement for Counsel's representation in the above-captioned matter in the amount of Five Thousand One Hundred and Ninety Three dollars and Twenty-Four cents ($5,193.24) in attorney's fees. The Commissioner does not oppose payment of attorney fees. The court has reviewed Plaintiff's Counsel's fee petition that was submitted and finds the request for fees reasonable. Therefore, Plaintiff is entitled to an award of attorney's fees under the EAJA in the amount of $5,193.24.

In accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)) and, therefore, the court directs that fees be payable to Plaintiff and delivered to Plaintiff's counsel.

**IT IS SO ORDERED.**

J. Michelle Childs
United States District Judge

March 31, 2017
Columbia, SC